| | |
|---|---|
| Vincent R. Mayr | Arizona State Bar Identification # 013954    09/99 Ed.vrm |
| | District of Columbia Bar Identification # 437795 |
| | Colorado Bar Identification # 023774 |
| | Nevada Bar Identification # 006737 |

**LAW OFFICES OF VINCENT R. MAYR, LTD.**
Fairview Place Historic District
1534 W. McDowell Rd.
Phoenix, Arizona 85007
Phone (602) 258-9200  Fax: (602) 296-0245
Attorney for the Debtors GOSHA

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| RAY A. GOSHA | |
| SSN: xxx-xx-4513 | Case No.: **2-04-00366-JMM** |
| and | |
| CHRISTINE L. GOSHA | **APPLICATION FOR ORDER** |
| SSN: xxx-xx-2695 | **DE-CONSOLIDATING CASE** |
| Debtors. | |

COME NOW, RAY A. GOSHA and CHRISTINE L. GOSHA, by and through counsel undersigned, and hereby Apply to this Honorable Court, for an Order de-consolidating the above captioned chapter 13 case and assigning a new case number to the debtor wife, DEBORAH L. RICHARDS.

The parties further request that the Court order that ½ of all funds being held by the chapter 13 trustee on the date of de-consolidation in case # 2:04-00366-JMM be applied to the new case and that ½ of said funds remain with the present case.

In support of their application, debtors represent as follows:

1) This case was commenced by the filing of a Joint Petition under chapter 13 of the United States Bankruptcy Code on January 9, 2004.

2) When the instant chapter 13 proceedings were filed as a joint case under 11 U.S.C. Section 302(a), the case effectively became a consolidated case of the husband and wife under 11 U.S.C. Section 302(b).

3) "...in most cases the Bankruptcy Court's authority to substantive consolidation is

| | |
|---|---|
| 1 | found in its general equitable powers as set forth in Code section 105(a). This |
| 2 | includes the power, under appropriate circumstances, to substantively consolidate |
| 3 | debtor and nondebtor entities." <u>Norton Bankruptcy Law and Practice 2nd</u>, Section |
| 4 | 20:4. |

4) The parties have come to the realization that their marriage cannot continue successfully and, therefore assert that, where the court's power to consolidate a case stems from the equitable powers set forth in 11 U.S.C. Section 105(a), that it also has the power to de-consolidate a case.

5) Because the marriage cannot continue debtors assert that they do not have a meeting of the minds as to how they wish to proceed in their chapter 13 bankruptcy, they asserts that that it is in the best interest of the debtors, creditors, and all parties in interest for the court to issue an order de-consolidating this case and assigning a new case number for the debtor wife who may then pursue the case in her own direction.

6) Attached hereto is a Declaration of Debtors in Support of Motion to De-Consolidate.

WHEREFORE, debtors respectfully request that this Honorable Court issue its order as follows:

a) de-consolidating this case, and

b) assigning a new case number to Debtor wife,

c) ordering the chapter 13 trustee to divide all monies he holds in chapter 13 case # 2:04-00366-JMM, effective the date of the order, and apply ½ of those funds to the new case number assigned to debtor wife, and

d) any other matters which may be just and equitable under the circumstances.

Respectfully submitted this 7th day of October, 2004

LAW OFFICES OF VINCENT R. MAYR, LTD.

by: S/ VRM    013954
        VINCENT R. MAYR,
        Counsel for the Debtors

| | |
|---|---|
| 1 | A true copy of the foregoing Application, the attached Declaration, |
| 2 | and the proposed order deposited in the U.S. Mail this |
| 3 | 7th day of October, 2004 addressed to: |
| 4 | RUSSELL A. BROWN<br>CHAPTER 13 TRUSTEE |
| 5 | PO BOX 33970<br>PHOENIX AZ   85067 |
| 6 | |
| 7 | by:  S/VRM     013954<br>VINCENT R. MAYR |